United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ANDREW DELANEY,

Plaintiff,

v.

LONGBAR GRINDING INC, et al.,

Defendants.

Case No. 26-cv-07759-TSH

**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP**

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby **REFERRED** to the Honorable Jacqueline Scott Corley for consideration of whether the case is related to *Delaney v. Neely*, 26-cv-04832-JSC.

**IT IS SO ORDERED.**

Dated: July 28, 2026

THOMAS S. HIXSON
United States Magistrate Judge