UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ANDREW DELANEY,
Plaintiff,

v.

U.S. BANK NATIONAL ASSOCIATION,
Defendant.

Case No. 26-cv-07762-KAW

**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP**

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED, to the Honorable Judge Corley for consideration of whether the case is related to 26-4832-JSC, *Delaney v. Neely*.

**IT IS SO ORDERED.**

Dated: July 30, 2026

KANDIS A. WESTMORE
United States Magistrate Judge

United States District Court
Northern District of California